JULIANA G. YATES v. BOBBY RAY DOWLESS

No. 233PA89

(Filed 7 December 1989)

ON plaintiff's petition for discretionary review of a decision of the Court of Appeals, 93 N.C. App. 787, 379 S.E.2d 79 (1989), which reversed the decision of *Elkins, J.,* at the 30 June 1988 session of District Court, MECKLENBURG County. Heard in the Supreme Court 14 November 1989.

*Lacy H. Thornburg, Attorney General, by T. Byron Smith, Assistant Attorney General, and Bertha Fields, Associate Attorney General, for the plaintiff-appellant.*

*Helms, Cannon & Hamel, P.A., by Thomas R. Cannon and Amy L. McGrath, for defendant-appellee.*

PER CURIAM.

Affirmed.